UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **EDCV 15-1601-MWF(KKx)**                    Dated: **April 28, 2016**

Title:        SA Marina, LLC -*v*- Lowes Home Centers, LLC

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Cheryl Wynn                                     None Present
Relief Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                    None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

     In light of the Notice of Settlement filed April 21, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **May 23, 2016 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

     **IT IS SO ORDERED.**

MINUTES FORM 90                                 Initials of Deputy Clerk   __cw__
CIVIL - GEN